NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AARON G. FILLER, AS AN INDIVIDUAL AND ON BEHALF OF NEUROGRAFIX-SOLE PROPRIETORSHIP, NEUROGRAFIX, NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC., IMAGE-BASED SURGICENTER CORPORATION,**

*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2021-1552

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-00173-RTH, Judge Ryan T. Holte.

---

## JUDGMENT

---

AARON GERSHON FILLER, Tensor Law, PC, Santa Monica, CA, argued for plaintiffs-appellants.

GARY LEE HAUSKEN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also

represented by BRIAN M. BOYNTON, JENNA ELIZABETH MUNNELLY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| January 21, 2022 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |